UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Eric J. Clayman, Esquire

Order Filed on August 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stanley & Anna Williams
 debtor(s)

Case Number: 18-25378

Hearing Date:

Judge: ABA

Chapter: 13

Recommended Local Form:  ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___August 29, 2018___.

☐ Denied.

*rev.8/1/15*