**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Eric J. Clayman, Esquire

In Re:

Stanley & Anna Williams
 debtor(s)

| | |
|---|---|
| Case Number: | 18-25378 |
| Hearing Date: | |
| Judge: | ABA |
| Chapter: | 13 |

Recommended Local Form:     ☒ Followed     ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 18-25378-ABA    Doc 14    Filed 08/25/18    Entered 08/26/18 00:14:56    Desc Imaged
         Certificate of Notice    Page 2 of 3
Case 18-25378-ABA    Doc 12    Filed 08/15/18    Entered 08/15/14:14:56:08    Desc
         Order re extension of time to file schedules    Page 2 of 2

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___August 29, 2018___.

☐ Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley H. Williams  
Anna Maria Williams  
    Debtors

Case No. 18-25378-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 23, 2018  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.  
db/jdb      +Stanley H. Williams,   Anna Maria Williams,   1779 Hillside Drive,   Cherry Hill, NJ 08003-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:  
     Eric Clayman   on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
     Eric Clayman   on behalf of Joint Debtor Anna Maria Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
     Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     Kevin Gordon McDonald   on behalf of Creditor HSBC Bank USA, National Association Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
     U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5