Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25378−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stanley H. Williams
dba Stan Williams Home Improvements
1779 Hillside Drive
Cherry Hill, NJ 08003

Anna Maria Williams
1779 Hillside Drive
Cherry Hill, NJ 08003

Social Security No.:
xxx−xx−1653                    xxx−xx−9383

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/10/18
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 6, 2018
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley H. Williams  
Anna Maria Williams  
    Debtors

Case No. 18-25378-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Sep 06, 2018  
                 Form ID: 132     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.

```
db/jdb         +Stanley H. Williams,   Anna Maria Williams,   1779 Hillside Drive,   Cherry Hill, NJ 08003-3707
517678154      +Emergency Physician Associ of S. Jersey,   C/O ARS Account Resolution S,
                 1643 Harrison PKWY Ste 100,   Fort Lauderdale, FL 33323-2857
517678155      +Financial Recoveries,   200 E Park Dr, Suite 100,   Mount Laurel, NJ 08054-1297
517693193      +HSBC Bank USA, National Association,   Kevin G. McDonald, Esquire,
                 216 Haddon Avenue, Ste. 406,   Westmont, NJ 08108-2812
517678157      +Kennedy Health,   c/o Financial Recoveries,   200 E. Park Drive,   Ste 100,
                 Mount Laurel, NJ 08054-1297
517678158      +Kennedy Health System,   c/o Thomas & Cook,   57 Cooper St # 2,   Woodbury, NJ 08096-4650
517678159      +Midland Funding,   c/o Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
517678160      +Mr. Cooper,   c/o KML Law Group, PC,   216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
517678161       Nationstar Mortgage,   PO BOX 619063,   Dallas, TX 75261-9063
517699421      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
517709288     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,   Department of Treasury,
                  Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
517678162       State of New Jersey,   Division of Taxation,   PO Box 445,   Trenton, NJ 08695-0445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2018 23:11:56     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2018 23:11:52     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517678153      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Sep 06 2018 23:12:54     Dr. Louis Haenel,
                 c/o Berks Credit & Collections,   900 Corporate Drive,   Reading, PA 19605-3340
517678156       E-mail/Text: cio.bncmail@irs.gov Sep 06 2018 23:11:08     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:

```
              Eric Clayman    on behalf of Joint Debtor Anna Maria Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric Clayman    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank USA, National Association Et Al...
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Stephanie F. Ritgstein    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Sep 06, 2018
                              Form ID: 132             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stephanie F. Ritigstein    on behalf of Joint Debtor Anna Maria Williams
           jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 8