| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | **Order Filed on October 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Stanley and Anna Marie Williams<br>Debtor | Case No.: 18-25378 ABA<br><br>Adv. No.:<br><br>Hearing Date: October 2, 2018 at 10:00am<br><br>Judge: ABA |

Recommended Local Form: ☒ Followed ☐ Modified

# ORDER TO IMPOSE AUTOMATIC STAY AS TO ALL CREDITORS IN A THIRD BANKRUPTCY FILING

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: October 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

   **ORDERED** that:

   1. The automatic stay is hereby imposed as to all creditors pending further order of this court.