UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on December 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
  STANLEY H. WILLIAMS
  ANNA MARIE WILLIAMS

            Debtors

Case No. 18-25378 (ABA)

Judge:  Andrew B. Altenburg, Jr.

CONSENT ORDER
RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:     STANLEY H. WILLIAMS AND ANNA MARIE WILLIAMS
Case No.   18-25378 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

---

Upon agreement with the Trustee and Debtors, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtors' Chapter 13 case number 18-25378 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtors' instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtors shall be barred from filing for bankruptcy protection under any chapter for a period of 180 days from the date of dismissal of Debtors' case.


/s/ David Nigro                                         12/20/2018
Jenkins & Clayman                               Date
Debtors' Attorney


/s/ Isabel C. Balboa                                    12/21/2018
Isabel C. Balboa                                    Date
Chapter 13 Standing Trustee

United States Bankruptcy Court
District of New Jersey

In re:
Stanley H. Williams
Anna Maria Williams
    Debtors

Case No. 18-25378-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Dec 26, 2018
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.
db/jdb      +Stanley H. Williams,   Anna Maria Williams,   1779 Hillside Drive,   Cherry Hill, NJ 08003-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association Et Al...
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric  Clayman    on behalf of Joint Debtor Anna Maria Williams jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      Eric  Clayman    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association Et Al...
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Stephanie F. Ritigstein    on behalf of Joint Debtor Anna Maria Williams
       jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Stephanie F. Ritigstein    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net,
       connor@jenkinsclayman.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                      TOTAL: 9