Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−25378−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Stanley H. Williams<br>dba Stan Williams Home Improvements<br>1779 Hillside Drive<br>Cherry Hill, NJ 08003 | Anna Maria Williams<br>1779 Hillside Drive<br>Cherry Hill, NJ 08003 |

Social Security No.:
  xxx−xx−1653                                      xxx−xx−9383

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 10, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 10, 2019
JAN: bc

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-25378-ABA
Stanley H. Williams                                                   Chapter 13
Anna Maria Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Jan 10, 2019
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db/jdb         +Stanley H. Williams,    Anna Maria Williams,    1779 Hillside Drive,    Cherry Hill, NJ 08003-3707
517780003       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1123,    Minneapolis, MN 55440-1123
517678154      +Emergency Physician Associ of S. Jersey,    C/O ARS Account Resolution S,
                 1643 Harrison PKWY Ste 100,    Fort Lauderdale, FL 33323-2857
517678155      +Financial Recoveries,    200 E Park Dr, Suite 100,    Mount Laurel, NJ 08054-1297
517693193      +HSBC Bank USA, National Association,    Kevin G. McDonald, Esquire,
                 216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517678157      +Kennedy Health,    c/o Financial Recoveries,    200 E. Park Drive,    Ste 100,
                 Mount Laurel, NJ 08054-1297
517678158      +Kennedy Health System,    c/o Thomas & Cook,    57 Cooper St # 2,    Woodbury, NJ 08096-4650
517678159      +Midland Funding,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517678160      +Mr. Cooper,    c/o KML Law Group, PC,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
517678161       Nationstar Mortgage,    PO BOX 619063,    Dallas, TX 75261-9063
517699421      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517709288      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517678162       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2019 00:56:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2019 00:56:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517678153      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jan 11 2019 00:57:13      Dr. Louis Haenel,
                 c/o Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
517678156       EDI: IRS.COM Jan 11 2019 05:23:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
517777287       EDI: RESURGENT.COM Jan 11 2019 05:23:00     LVNV Funding, LLC,    c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
517754602       EDI: RESURGENT.COM Jan 11 2019 05:23:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517795542      +EDI: MID8.COM Jan 11 2019 05:23:00     Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Joint Debtor Anna Maria Williams jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jan 10, 2019
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Eric Clayman   on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Stephanie F. Ritigstein    on behalf of Joint Debtor Anna Maria Williams jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                TOTAL: 9