UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STANLEY H. WILLIAMS
ANNA MARIE WILLIAMS

Debtor(s)

Case No: 18-25378 (ABA)

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through (3) is hereby **ORDERED**.

**DATED: January 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒   The debtor(s)' case is hereby DISMISSED.

☒   Other:

   ☒   IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Stanley H. Williams
Anna Maria Williams
    Debtors

Case No. 18-25378-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
db/jdb         +Stanley H. Williams,    Anna Maria Williams,    1779 Hillside Drive,    Cherry Hill, NJ 08003-3707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association Et Al...
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Joint Debtor Anna Maria Williams jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
          Eric  Clayman    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association Et Al...
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Joint Debtor Anna Maria Williams
            jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Stephanie F. Ritigstein    on behalf of Debtor Stanley H. Williams jenkins.clayman@verizon.net,
            connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 9